# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MANADAS CREEK PROPERTIES LLC | § § | Case No. 17-50831 |
| Debtor | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RANDOLPH N. OSHEROW, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,300.00                           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 221,553.05         Claims Discharged
                                                     Without Payment: NA

Total Expenses of Administration: 314,130.95

---

3) Total gross receipts of $ 2,213,440.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,677,756.46 (see **Exhibit 2**), yielded net receipts of $ 535,684.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 103,781.98 | $ 103,781.98 | $ 103,781.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 314,130.95 | 314,130.95 | 314,130.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 117,210.00 | 117,210.00 | 117,771.07 |
| TOTAL DISBURSEMENTS | $ NA | $ 535,122.93 | $ 535,122.93 | $ 535,684.00 |

4) This case was originally filed under chapter 7 on 04/07/2017 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2018           By:/s/RANDOLPH N. OSHEROW
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Land In Laredo, TX | 1110-000 | 1,151,065.46 |
| Land located Monaco Sub- 20.17 acres | 1110-000 | 1,062,375.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,213,440.46** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLIAM L. ESSEX | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-050 | 1,673,517.22 |
| WILLIAM L. ESSEX | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-052 | 4,239.24 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,677,756.46** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RICHARD SAMES | 4110-000 | NA | 51,890.99 | 51,890.99 | 51,890.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BRUCE WERSTAK | 4210-000 | NA | 51,890.99 | 51,890.99 | 51,890.99 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 103,781.98 | $ 103,781.98 | $ 103,781.98 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RANDOLPH N. OSHEROW | 2100-000 | NA | 86,651.25 | 86,651.25 | 86,651.25 |
| TRUSTEE EXPENSES:RANDOLPH N. OSHEROW | 2200-000 | NA | 760.76 | 760.76 | 760.76 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 61.67 | 61.67 | 61.67 |
| 501 IMPERIAL PARTNERS, LP | 2500-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| RANDOLPH N. OSHEROW | 2500-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| STEWART TITLE COMPANY | 2500-000 | NA | 12,553.38 | 12,553.38 | 12,553.38 |
| BOK FINANCIAL | 2600-000 | NA | 30.80 | 30.80 | 30.80 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| CITY OF LAREDO TAX COLLECTOR | 2820-000 | NA | 3,940.57 | 3,940.57 | 3,940.57 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED ISD TAX COLLECTOR | 2820-000 | NA | 633.89 | 633.89 | 633.89 |
| WEBB COUNTY TAX COLLECTOR | 2820-000 | NA | 375.63 | 375.63 | 375.63 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):JANET RAKOWITZ | 3410-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):LULA MORALES REALTY | 3510-000 | NA | 55,050.00 | 55,050.00 | 55,050.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):MARTHA B. SANTOS | 3510-000 | NA | 50,618.75 | 50,618.75 | 50,618.75 |
| MARTINEZ SURVEYING & MAPPING CO. | 3991-000 | NA | 2,273.25 | 2,273.25 | 2,273.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 314,130.95 | $ 314,130.95 | $ 314,130.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | A.L. HERNDEN ATTORNEY | 7100-000 | NA | 44,500.00 | 44,500.00 | 44,500.00 |
| 000003 | SAMES & WERSTAK LLP | 7100-000 | NA | 27,510.00 | 27,510.00 | 27,510.00 |
| 000002 | WILLIAM L. ESSEX | 7100-000 | NA | 45,200.00 | 45,200.00 | 45,200.00 |
| | A.L. HERNDEN ATTORNEY | 7990-000 | NA | NA | NA | 213.01 |
| | SAMES & WERSTAK LLP | 7990-000 | NA | NA | NA | 131.69 |
| | WILLIAM L. ESSEX | 7990-000 | NA | NA | NA | 216.37 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 117,210.00 | $ 117,210.00 | $ 117,771.07 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 17-50831 | CAG | Judge: CRAIG A. GARGOTTA - SAN ANTONIO | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|---|---|
| Case Name: | MANADAS CREEK PROPERTIES LLC | | | Date Filed (f) or Converted (c): | 04/07/17 (f) |
| | | | | 341(a) Meeting Date: | 05/11/17 |
| For Period Ending: | 09/14/18 | | | Claims Bar Date: | 07/27/17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. Lone Star Bank checking | 1,300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Land In Laredo, TX | 35,460.00 | 35,460.00 | | 1,151,065.46 | FA | 0.00 | 0.00 |
| 3. Land located Monaco Sub- 20.17 acres | 100,850.00 | 100,850.00 | | 1,062,375.00 | FA | 0.00 | 0.00 |
| 4. Draws given to Juanita Rone | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $137,610.00 | $136,310.00 | | $2,213,440.46 | $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sale closed; file with accountant for final tax returns; then final distribution; January 08, 2018, 03:21 pm

Closing on 2nd tract scheduled for on or before 12/16 net sales price $934,070.53; then do TFR December 04, 2017, 02:59 pm

RE PROP# 2---1/97 acres

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 17-50831 -CAG | | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|---|
| Case Name: | MANADAS CREEK PROPERTIES LLC | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | 1150503378 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-1498721 | | | |
| For Period Ending: | 09/14/18 | | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 07/14/17 | | TDB BALLEY DEVELOPMENT | Earnest money 16.96 acres Monaco Su | 1110-000 | 50,000.00 | | 50,000.00 |
| 07/14/17 | 3 | Asset Sales Memo: | Land located Monaco Sub- 20.17 acres $50,000.00 | | | | 50,000.00 |
| C 07/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 30.80 | 49,969.20 |
| C 08/16/17 | | STEWART TITLE COMPANY | SALE OF 11.96 ACRES MONACO BLVD. | | 848,827.21 | | 898,796.41 |
| | | STEWART TITLE | Memo Amount: 1,012,375.00 11.96 ACRES MONACO BLVD., LAREDO TX | 1110-000 | | | |
| 08/16/17 | 3 | Asset Sales Memo: | Land located Monaco Sub- 20.17 acres $1,012,375.00 | | | | |
| | | RANDOLPH N. OSHEROW | Memo Amount: ( 50,000.00 ) EARNEST MONEY | 2500-000 | | | |
| | | RANDOLPH N. OSHEROW | Memo Amount: ( 53,621.25 ) TRUSTEE COMMISSION | 2100-000 | | | |
| | | MARTHA B. SANTOS | Memo Amount: ( 50,618.75 ) REALTOR COMMISSION | 3510-000 | | | |
| | | CITY OF LAREDO TAX COLLECTOR | Memo Amount: ( 3,622.71 ) 2017 TAXES | 2820-000 | | | |
| | | STEWART TITLE COMPANY | Memo Amount: ( 5,685.08 ) CLOSING COSTS | 2500-000 | | | |
| C 08/31/17 | 000101 | MARTINEZ SURVEYING & MAPPING CO. 8546 Broadway, Suite 225 San Antonio, TX 78217 | JOB DATE: AUGUST 30, 2017 JOB NO. 17-8-17 | 3991-000 | | 2,273.25 | 896,523.16 |
| C 09/20/17 | 000102 | CLERK, U.S. BANKRUPTCY COURT | Payment per Doc. 24, 09/19/17 | 2700-000 | | 181.00 | 896,342.16 |
| C 10/06/17 | | LANGLEY & BANACK, INC. TRUSTEE ACCOUNT | SALE OF LAREDO, TX PROPERTY | 1110-000 | 50,000.00 | | 946,342.16 |
| 10/06/17 | 2 | Asset Sales Memo: | Land In Laredo, TX $50,000.00 | | | | 946,342.16 |
| C 10/06/17 | 000103 | A.L. Hernden Attorney 222 E. Main Plaza San Antonio Tx 78205 | | | | 44,713.01 | 901,629.15 |
| | | | Claim 44,500.00 | 7100-000 | | | 901,629.15 |
| | | | Interest 213.01 | 7990-000 | | | 901,629.15 |
| C 10/06/17 | 000104 | William L. Essex 22802 Citron Circle San Antonio TX 78260 | | | | 45,416.37 | 856,212.78 |
| | | | Claim 45,200.00 | 7100-000 | | | 856,212.78 |
| | | | Interest 216.37 | 7990-000 | | | 856,212.78 |
| C 10/06/17 | 000105 | Sames & Werstak LLP 6721 McPherson Road Suite 360 Laredo, Texas 78041 | (3-1) Legal Services | | | 27,641.69 | 828,571.09 |
| | | | Claim 27,510.00 | 7100-000 | | | 828,571.09 |
| | | | Interest 131.69 | 7990-000 | | | 828,571.09 |
| C 10/06/17 | 000106 | WILLIAM L. ESSEX 22802 CITRON CIRCLE SAN ANTONIO, TX 78260 | EQUITY PAYMENT | 8200-050 | | 741,827.00 | 86,744.09 |
| *C 10/06/17 | 000107 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 | Bond # 016071777 Term: 10/01/2017 to 10/01/2017 | 2300-003 | | 25.91 | 86,718.18 |

PFORM2T4

Ver: 20.00j

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-50831 -CAG | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|
| Case Name: | MANADAS CREEK PROPERTIES LLC | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | 1150503378 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-1498721 | | |
| For Period Ending: | 09/14/18 | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *C 10/11/17 | 000107 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond # 016071777 wrong amount per case. | 2300-003 | | -25.91 | 86,744.09 |
| C 10/11/17 | 000108 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond #016071777 Term: 10/01/17 to 10/01/17 | 2300-000 | | 61.67 | 86,682.42 |
| C 12/15/17 | | STEWART TITLE COMPANY | SALE OF LAREDO LAND | | 884,037.80 | | 970,720.22 |
| | | STEWART TITLE COMPANY | Memo Amount: 1,101,065.46 SALE OF 1016 MONACO BLVD. LAREDO | 1110-000 | | | |
| 12/15/17 | 2 | Asset Sales Memo: | Land In Laredo, TX  $1,101,065.46 | | | | |
| | | 501 IMPERIAL PARTNERS, LP | Memo Amount: ( 50,000.00 ) DEPOSIT /EARNEST MONEY | 2500-000 | | | |
| | | LULA MORALES REALTY | Memo Amount: ( 55,050.00 ) COMMISSION PAID AT SETTLEMENT | 3510-000 | | | |
| | | STEWART TITLE COMPANY | Memo Amount: ( 500.00 ) CLOSING FEE TO | 2500-000 | | | |
| | | STEWART TITLE COMPANY | Memo Amount: ( 3.00 ) TEXAS POLICY GUARANTY | 2500-000 | | | |
| | | STEWART TITLE COMPANY | Memo Amount: ( 43.30 ) TAX CERTIFICATE FEE | 2500-000 | | | |
| | | CITY OF LAREDO TAX COLLECTOR | Memo Amount: ( 317.86 ) 2017 CITY TAXES DUE TO LAREDO | 2820-000 | | | |
| | | WEBB COUNTY TAX COLLECTOR | Memo Amount: ( 375.63 ) 2017 COUNTY TAXES DUE TO | 2820-000 | | | |
| | | UNITED ISD TAX COLLECTOR | Memo Amount: ( 633.89 ) 2017 SCHOOL TAXES | 2820-000 | | | |
| | | STEWART TITLE COMPANY | Memo Amount: ( 6,322.00 ) OWNER'S TITLE INSURANCE | 2500-000 | | | |
| | | BRUCE WERSTAK | Memo Amount: ( 51,890.99 ) PROCEEDS TO BRUCE WERSTAK 5% | 4210-000 | | | |
| | | RICHARD SAMES | Memo Amount: ( 51,890.99 ) PROCEEDS 5% TO RICHARD SAMES | 4110-000 | | | |
| C 12/27/17 | 000109 | RANDOLPH N. OSHEROW 342 W. WOODLAWN, SUITE 100 SAN ANTONIO, TEXAS  78212-3314 | TRUSTEE COMMISSION $33,030.00 | 2100-000 | | 33,030.00 | 937,690.22 |
| C 03/14/18 | 000110 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS  78101 | Doc. 30, 03/12/18 | 3410-000 | | 1,000.00 | 936,690.22 |
| C 04/06/18 | 000111 | WILLIAM L. ESSEX 22802 CITRON CIRCLE HOUSTON, TX 78260 | EQUITY PAYMENT | 8200-050 | | 931,690.22 | 5,000.00 |
| C 07/06/18 | 000112 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Chapter 7 Expenses | 2200-000 | | 760.76 | 4,239.24 |
| C 07/06/18 | 000113 | WILLIAM L. ESSEX 22802 CITRON CIRCLE SAN ANTONIO, TX 78260 | Equity Security Holder | 8200-052 | | 4,239.24 | 0.00 |

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 17-50831 -CAG | | Trustee Name: | RANDOLPH N. OSHEROW |
| --- | --- | --- | --- | --- |
| Case Name: | MANADAS CREEK PROPERTIES LLC | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | 1150503378 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-1498721 | | | |
| For Period Ending: | 09/14/18 | | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Receipts: | 2,113,440.46 | Account | Balance Forward | 0.00 | 14 Checks | 1,832,834.21 |
| Memo Disbursements: | 380,575.45 | 1150503378 | 6 Deposits | 1,832,865.01 | 1 Adjustments Out | 30.80 |
| | | | 0 Interest Postings | 0.00 | 0 Transfers Out | 0.00 |
| Memo Allocation Net: | 1,732,865.01 | | Subtotal | $ 1,832,865.01 | Total | $ 1,832,865.01 |
| | | | 0 Adjustments In | 0.00 | | |
| | | | 0 Transfers In | 0.00 | | |
| | | | Total | $ 1,832,865.01 | | |

PFORM2T4

Ver: 20.00j

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*